### 10598.  STONE v. THE STATE.

STEPHENS, J.  1. An accusation under Section 682 of the Penal Code, charging the offense of bastardy, which fails to allege distinctly that the defendant is the father of a bastard child, is fatally defective.  A recital in the accusation that the prosecutrix had made an affidavit before a justice of the peace that the defendant was the father of a bastard child does not amount to an allegation that the defendant is the father of such child.  Locke v. State, 3 Ga. 534; Hudson v. State, 104 Ga. 723 (30 S. E. 947).

2. The motion in arrest of judgment should have been sustained.

Judgment reversed.  Broyles, P. J., and Bloodworth, J., concur.

DECIDED JULY 10, 1919.

Accusation of bastardy; from city court of Baxley—Judge Lawrence.  March 6, 1919.

Padgett & Watson, for plaintiff in error.

C. H. Parker, solictor, J. B. Moore, contra.